# United States Bankruptcy Court

<u>  SOUTHERN  </u> District of <u>  NEW YORK  </u>

**In re**
                                              Bankruptcy Case No.

**Debtor.**
Social Security No.:
Employer Tax I.D. No.:

## SUMMONS TO DEBTOR IN INVOLUNTARY CASE

**To the above named Debtor:**

      A petition under title 11, United States Code was filed against you on _____ in this Bankruptcy Court, requesting an order for relief under Chapter _____ of the Bankruptcy Code (title 11 of the United States Code.)

      YOU ARE SUMMONED and required to submit to the Clerk of the Bankruptcy Court, a motion or answer (attorneys should file online) to the petition within 21 days after the service of this summons. A copy of the petition is attached.

      Address of the Clerk:   United States Bankruptcy Court
                                     One Bowling Green
                                     New York, New York 10004
                                     www.nysb.uscourts.gov

At the same time, you must also serve a copy of the motion or answer upon the petitioner's attorney.

> Name and Address of Petitioner's Attorney

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 1011 (c). If you fail to respond to this Summons, an order for relief will be entered.

                                                                     _____
                                                                     *Clerk of the Bankruptcy Court*

_____      By: _____
     *Date*                                                             *Deputy Clerk*

_____

*Set forth all names, including trade names, used by the debtor within the last 8 years. (Federal Rule of Bankruptcy Procedure 1005). For joint debtors, set forth both social security numbers.

**CERTIFICATE OF SERVICE**

I, _____, certify that I am, and at all times during the service
     (name)
of process was, not less than 18 years of age and not a party to the matter concerning which service of process was made. I further certify that the service of this summons and a copy of the involuntary petition was made _____ by:
     (date)

Mail service: Regular, first class United States mail, postage fully pre-paid, addressed to:

Personal Service: By leaving the process with defendant or with an officer or agent of defendant at:

Residence Service: By leaving the process with the following adult at:

Publication: The defendant was served as follows: [Describe briefly]

State Law: The defendant was served pursuant to the laws of the State of _____,
as follows: [Describe briefly]                                                                        (name of state)

Under penalty of perjury, I declare that the foregoing is true and correct.

_____          _____
*Date*                                                                   *Signature*

| *Print Name* |
|---|
| *Business Address* |
| *City*          *State*          *Zip* |