AKIN GUMP STRAUSS HAUER & FELD LLP
Ira S. Dizengoff, Esq.
Abid Qureshi, Esq.
One Bryant Park
New York, New York 10036
Telephone: (212) 872-1000
Facsimile : (212) 872-1002

- and -

Scott L. Alberino, Esq. (admission *pro hac vice* pending)
Robert S. Strauss Building
1333 New Hampshire Avenue, N.W.
Washington, DC 20036-1564
Telephone: (202) 887-4000
Facsimile: (202) 887-4288

*Attorneys for the Alleged Debtors*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| ................................................................ x : | |
| **In re:** : | |
|  : | **Chapter 11** |
| **INNER CITY MEDIA CORPORATION,** : | **Case No. 11-13967 (SCC)** |
| Alleged Debtor. : | |
| ................................................................ x : | |
| **In re:** : | |
|  : | **Chapter 11** |
| **ICBC BROADCAST HOLDINGS, INC.,** : | **Case No. 11-13968 (SCC)** |
| Alleged Debtor. : | |
| ................................................................ x | |

```
............................................................ x
                                                             :
In re:                                                       :
                                                             :  **Chapter 11**
**INNER-CITY BROADCASTING**                                  :
**CORPORATION OF BERKELEY,**                                 :  **Case No. 11-13972 (SCC)**
                                                             :
         **Alleged Debtor.**                                 :
............................................................ x
                                                             :
In re:                                                       :
                                                             :  **Chapter 11**
**ICBC BROADCAST HOLDINGS-CA, INC.,**                        :
                                                             :  **Case No. 11-13969 (SCC)**
         **Alleged Debtor.**                                 :
                                                             :
............................................................ x
                                                             :
In re:                                                       :
                                                             :  **Chapter 11**
**ICBC-NY, L.L.C.,**                                         :
                                                             :  **Case No. 11-13971 (SCC)**
         **Alleged Debtor.**                                 :
............................................................ x
                                                             :
In re:                                                       :
                                                             :  **Chapter 11**
**URBAN RADIO, L.L.C.,**                                     :
                                                             :  **Case No. 11-13979 (SCC)**
         **Alleged Debtor.**                                 :
                                                             :
............................................................ x
                                                             :
In re:                                                       :
                                                             :  **Chapter 11**
**URBAN RADIO I, L.L.C.,**                                   :
                                                             :  **Case No. 11-13973 (SCC)**
         **Alleged Debtor.**                                 :
                                                             :
............................................................ x
```

| | | |
|---|---|---|
| ....................................................................... | x | |
| | : | |
| **In re:** | | |
| | : | **Chapter 11** |
| **URBAN RADIO II, L.L.C.,** | | |
| | : | **Case No. 11-13974 (SCC)** |
| **Alleged Debtor.** | | |
| ....................................................................... | x | |
| | : | |
| **In re:** | | |
| | : | **Chapter 11** |
| **URBAN RADIO III, L.L.C.,** | | |
| | : | **Case No. 11-13975 (SCC)** |
| **Alleged Debtor.** | | |
| | : | |
| ....................................................................... | x | |
| | : | |
| **In re:** | | |
| | : | **Chapter 11** |
| **URBAN RADIO IV, L.L.C.,** | | |
| | : | **Case No. 11-13976 (SCC)** |
| **Alleged Debtor.** | | |
| | : | |
| ....................................................................... | x | |
| | : | |
| **In re:** | | |
| | : | **Chapter 11** |
| **URBAN RADIO OF MISSISSIPPI, L.L.C.,** | | |
| | : | **Case No. 11-13977 (SCC)** |
| **Alleged Debtor.** | | |
| | : | |
| ....................................................................... | x | |
| | : | |
| **In re:** | | |
| | : | **Chapter 11** |
| **URBAN RADIO OF SOUTH CAROLINA, L.L.C.,** | | |
| | | |
| **Alleged Debtor.** | : | |
| ....................................................................... | x | |

# NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF ALL PLEADINGS AND DOCUMENTS

**PLEASE TAKE NOTICE** that Akin Gump Strauss Hauer & Feld LLP hereby appears in the above-captioned cases as counsel to each of the above-captioned alleged debtors (collectively, the ***Alleged Debtors***),[1] and enters its appearance pursuant to section 1109(b) of title 11 of the United States Code (the "***Bankruptcy Code***"), and requests pursuant to Rules 2002(i), 9007, and 9010(b) of the Federal Rules of Bankruptcy Procedure (the "***Bankruptcy Rules***") that copies of all notices given or required to be given, and all papers served or required to be served in these cases, be given to and served upon the following:

> AKIN GUMP STRAUSS HAUER & FELD LLP
> Ira S. Dizengoff, Esq.
> Abid Qureshi, Esq.
> One Bryant Park
> New York, New York 10036
> Telephone: (212) 872-1000
> Facsimile : (212) 872-1002
> idizengoff@akingump.com
> aqureshi@akingump.com
>
> and
>
> Scott L. Alberino, Esq.
> Robert S. Strauss Building
> 1333 New Hampshire Avenue, N.W.
> Washington, DC 20036-1564
> Telephone: (202) 887-4000
> Facsimile: (202) 887-4288
> salberino@akingump.com

---

[1] Although an involuntary petition was filed against ICBC Broadcasting – NY, Inc. ("***ICBC Broadcasting-NY***"), that corporate entity was merged into ICBC-NY, LLC in 2005, and therefore ICBC Broadcasting-NY no longer exists.

101411144

**PLEASE TAKE FURTHER NOTICE**, that pursuant to section 1109(b) of the Bankruptcy Code, the foregoing demand includes not only the notices and papers referred to in the Bankruptcy Rules specified above, but also includes, without limitation, orders and notices of any application, motion, petition, pleading, request, complaint, or demand, whether formal or informal, whether written or oral, and whether transmitted, conveyed by mail, hand delivery, telephone, telegraph, telex, or otherwise, which affect or seem to affect the Alleged Debtors, or the Alleged Debtors' estates.

This Notice of Appearance and Request for Service of All Pleadings and Documents shall not be deemed or construed to be a waiver of the rights of the Alleged Debtors (i) to have final orders in noncore matters entered only after *de novo* review by a district court judge, (ii) to trial by jury in any proceeding so triable in these cases or any case, (iii) to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, or (iv) any other rights, claims, actions, setoffs, or recoupments to which the Alleged Debtors are or may be entitled, in law or in equity, all of which rights, claims, actions, defenses, setoffs and recoupments the Alleged Debtors expressly reserve.

Dated: August 30, 2011  
      New York, New York

AKIN GUMP STRAUSS HAUER & FELD LLP  
By: /s/ Ira S. Dizengoff  
Ira S. Dizengoff, Esq.  
Abid Qureshi, Esq.  
One Bryant Park  
New York, New York 10036  
Telephone: (212) 872-1000  
Facsimile : (212) 872-1002  
idizengoff@akingump.com  
aqureshi@akingump.com

Scott L. Alberino, Esq. (admission *pro hac vice* pending)
Robert S. Strauss Building
1333 New Hampshire Avenue, N.W.
Washington, DC 20036-1564
Telephone: 202-887-4000
Facsimile: 202-887-4288
salberino@akingump.com

*Attorneys for the Alleged Debtors*